Alex Hartzband (#158222016)
Email: ahartzband@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN ROSA, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No.  2:21-CV-01415-MCA-MAH |
| v. ) ) | |
| ZAGG, INC., CHERYL A. LARABEE, CHRIS AHERN, DAN MAURER, SCOTT STUBBS, MICHAEL BIRCH, RON GARRIQUES, and EDWARD TERINO, ) ) ) ) ) ) ) | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Steven Rosa ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.  Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated:  February 26, 2021

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:  */s/ Alex Hartzband*
  Alex Hartzband

Alex Hartzband (#158222016)

685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: ahartzband@faruqilaw.com

*Counsel for Plaintiff*

THE SCHALL LAW FIRM
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com

*Additional Counsel Plaintiff*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  3/1/21

- 2 -